STATE of Missouri, Respondent,

v.

**David R. FRIEND, Appellant.**

**No. WD 38659.**

Missouri Court of Appeals, Western District.

April 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Application to Transfer Denied July 14, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial convictions of one count of sodomy, with a child less than fourteen years old, § 566.060.3 RSMo (Supp.1984), and one count of sexual abuse in the first degree, § 566.100 RSMo 1978,

and sentences of ten years and five years, to be served consecutively.

Affirmed. Rule 30.25(b).